UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELO ALTOMONTE and SANDRA
ALTOMONTE,

      Plaintiffs,

v.

Case No. 11-12878

Honorable Patrick J. Duggan

WELLS FARGO BANK, N.A., and
FEDERAL HOME LOAN MORTGAGE
CORPORATION, a/k/a FREDDIE MAC,
jointly and severally,

      Defendants.
_____/

# JUDGMENT

Angelo and Sandra Altomonte filed this action to quiet title to certain real property and recover damages for alleged violations of state law in connection with the foreclosure sale of that property. On this date, the Court entered an Opinion and Order holding that Plaintiffs are not entitled to relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiffs' action is **DISMISSED WITH PREJUDICE**.

Dated: October 5, 2011

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
James D. Wines, Esq.
Marc P. Jerabek, Esq.
Matthew J. Boettcher, Esq.